JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS
Section Chief
KRISTEN L. GUSTAFSON
Assistant Section Chief
RICKEY D. TURNER
Trial Attorney (CO Bar #38353)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
(202) 305-0229
E-mail: rickey.turner@usdoj.gov
Attorneys for Attorney for Defendant
United State Fish and Wildlife Service

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE,<br><br>  Federal Defendant,<br><br>and<br><br>ARIZONA MINING ASSOCIATION,<br><br>  Defendant-Intervenor. | CASE NO. 4:08-CV-00535-TUC-FRZ-DTF<br><br>**JOINT STIPULATION TO STAY THE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

1    Plaintiff Center for Biological Diversity, Defendant United State Fish and Wildlife
2 Service, and Defendant-Intervenor Arizona Mining Association, hereby stipulate and
3 agree that the current schedule for briefing dispositive motions for summary judgment
4 may be vacated for the purpose of allowing the parties to engage in good faith settlement
5 discussions.  If the parties have not reached a settlement of the case by December 15,
6 2009, they agree to file a Joint Status Report on that date concerning the status of their
7 settlement negotiations.
8    The parties are aware that the Court indicated in its August 24, 2009 Order that no
9 further extensions of the briefing schedule will be granted in the absence of extraordinary
10 circumstances.  The parties submit that settlement should be encouraged in the interest of
11 judicial economy and, therefore, qualifies as an extraordinary circumstance.  It is the
12 parties' intent to attempt, in good faith, to reach a settlement that would resolve all
13 matters presented in this litigation, rendering further briefing of dispositive motions
14 unnecessary.
15    For these reasons, and based on the parties' agreement to engage in good faith
16 settlement discussions, the parties respectfully request that the Court issue an order
17 vacating the current briefing schedule.  A proposed form of order is submitted herewith
18 for the Court's convenience.

20 Dated: November 10, 2009                    Respectfully Submitted,

/s/ Geoff Hickcox (by RDT)
GEOFF HICKCOX
Western Environmental Law Center
679 E 2nd Ave., Ste 118
Durango, CO 81301
Phone: (970) 382-5902
Fax: (970) 385-6804
Email: ghickcox@gmail.com

Attorney for Plaintiff

JOHN C. CRUDEN, Acting Assistant

| | |
|---|---|
| 1 | Attorney General |
| 2 | JEAN E. WILLIAMS, Section Chief |
|   | KRISTEN L. GUSTAFSON, |
| 3 | Assistant Section Chief |
| 4 | |
|   | /s/ Rickey D. Turner Jr. |
| 5 | RICKEY D. TURNER JR., |
|   | Trial Attorney (CO Bar # 38353) |
| 6 | Wildlife & Marine Resources Section |
|   | Ben Franklin Station, P.O. Box 7369 |
| 7 | Washington, DC 20044-7369 |
| 8 | Phone: (202) 305-0229 |
|   | Fax: (202) 305-0275 |
| 9 | Email: rickey.turner@usdoj.gov |
| 10 | |
|    | Attorneys for Defendant United States |
| 11 | Fish and Wildlife Service |
| 12 | |
|    | /s/ Norman D. James (by RDT) |
| 13 | NORMAN D. JAMES |
|    | Fennemore Craig PC |
| 14 | 3003 N Central Ave |
|    | Ste 2600 |
| 15 | Phoenix, AZ 85012-2913 |
| 16 | Phone: (602) 916-5000 |
|    | Fax: (602) 916-5546 |
| 17 | Email: njames@fclaw.com |
| 18 | |
|    | Attorney for Defendant-Intervenor |
| 19 | Arizona Mining Association |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE,<br><br>    Defendant. | CASE NO. 4:08-CV-00535-TUC-FRZ-DTF<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on November 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                         */s/ Rickey D. Turner Jr.*
                                         RICKEY D. TURNER JR.